**Order filed June 2, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-22-00299-CV**
_____

**MCKENNA MCGUIRE, Appellant**

**V.**

**THE MARQUIS AT LADERA VISTA, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-22-000330**

---

## ORDER

The clerk's record in this case was due **May 9, 2022**. *See* Tex. R. App. P. 35.1. On May 10, 2022, the trial court clerk was instructed to file the record within 15 days. The record has not been filed with the court. Because the clerk's record has not been filed timely, we issue the following order.

We order the trial court clerk to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent**

**exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If the trial court clerk does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Poissant.